

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00641-CV

**IN RE** R. Wayne **JOHNSON**

Original Mandamus Proceeding[1]

### ORDER

Sitting:     Karen Angelini, Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

On August 27, 2018, the underlying case was removed to federal court. On September 19, 2018, this court issued an order abating this mandamus proceeding and removing the proceeding from this court's active docket. This proceeding will be reinstated only upon the filing of a certified copy of a remand order from the federal court.

On October 1, 2018, relator filed a pro se "Amended Writ of Mandamus." Because the underlying case has been removed to federal court, this court may "proceed no further unless and until the case is remanded." *Meyerland Co. v. F.D.I.C.*, 848 S.W.2d 82, 83 (Tex. 1993) (quoting 28 U.S.C. § 1446(d)) (order). Therefore, this court may not take any action on the "Amended Writ of Mandamus."

It is so ORDERED on this 4th day of October, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CVK001331D3, styled *R. Wayne Johnson v. Peter O'Rourke, et al.*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.